UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00122

**Michael Houston,**
*Petitioner,*

v.

**Gregg County Jail,**
*Respondent.*

Before BARKER, *District Judge*

**ORDER**

On March 14, 2019, Michael Houston filed a petition for writ of habeas corpus against Gregg County Jail. Doc. 1. Soon afterward, petitioner consented to proceed before a United States magistrate judge. Doc. 3. On March 28, 2019, United States Magistrate Judge Roy S. Payne ordered Houston to re-submit his petition within 30 days on the standardized form that this court provides for habeas petitions. Doc. 5. Houston has not re-submitted his petition.

On April 2, 2019, the case was referred to United States Magistrate Judge John D. Love. Doc. 9.

On June 10, 2019, Judge Love issued a report and recommendation to dismiss the petition without prejudice for failure to prosecute and failure to comply with a court order. Doc. 14. Houston was allowed to object to Judge Love's report and recommendation within 14 days of service. *See* Fed. R. Civ. P. 72(b)(2). He has not objected to the report and recommendation.

Accordingly, the report and recommendation is **accepted**. Fed. R. Civ. P. 72(b)(3). The petition is **dismissed** without prejudice failure to prosecute and failure to comply with a court order. Fed. R. Civ. P. 41(b). All motions not previously ruled

on are **denied**. The clerk of the court is **directed** to close this case.

*So ordered by the court on July 19, 2019.*

                                        J. Campbell Barker
                                    United States District Judge